# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| CITY OF JEFFERSON and ) | |
| CITY OF SPRINGFIELD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 04-4099-CV-NKL |
| ) | |
| CINGULAR WIRELESS LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Joint Motion for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) By and Between the City of Jefferson and Cingular Wireless LLC and Southwestern Bell Wireless, LLC ("Defendants"). Upon Motion of the City of Jefferson and Defendants, and being duly advised herein, the Court hereby orders that the Joint Motion for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) By and Between the City of Jefferson and Defendants is **GRANTED** and the claims and counterclaims between the City of Jefferson and Defendants only are **DISMISSED WITH PREJUDICE,** with each party to bear its own attorney fees and costs.

It is so ordered.

s/ NANETTE K. LAUGHREY
United States District Judge
April 4, 2006