IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CITY OF JEFFERSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04-4099-CV-C-NKL |
| ) | |
| CINGULAR WIRELESS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the Court is Alltel's Motion for Reconsideration or Clarification of the January 29, 2007 teleconference minute sheet [Doc. # 443]. In deference to Alltel's counsel's schedule, the Court amends the deadlines set out in the teleconference as follows. Defendants must file any answer, motion to dismiss, motion for summary judgment, or any other pleading related to Plaintiff's amended declaratory judgment claim on or before February 20, 2007. Plaintiff may file a motion for summary judgment on February 20 as well. All Responses to such motions are due March 12 and replies are due March 19. In all other respects, Alltel's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

 s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: February 13, 2007
Jefferson City, Missouri

1