**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| **CITY OF JEFFERSON, MISSOURI, et al.,** ) <br> ) <br>        **Plaintiffs,** ) <br> ) <br>        v. ) <br> ) <br> **CINGULAR WIRELESS LLC, et al.,** ) <br> ) <br>        **Defendants.** ) | Case No. 04-04099-CV-C-NKL |

**CLERK'S JUDGMENT**

☐    Jury Verdict. This action came before the Court for a trial by jury.

XX    Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on July 3, 2007, it is hereby

ORDERED that Plaintiff City of Springfield's Motion for Summary Judgment Doc. # 451] is GRANTED. It is further

ORDERED that any request by Springfield for monetary damages in Count II of its Second Amended Complaint is DISMISSED for failure to state a claim for the same reasons that the Court dismissed Count I of Springfield's Complaint. It is further

ORDERED that Springfield's claims against Alltel Communications, Inc.; Cingular Wireless LLC; Southwestern Bell Wireless LLC; and Nextel West Corporation, and their counter claims against Springfield, are final pursuant to Rule 54b. It is further

ORDERED that all other proceedings in this case are STAYED until further order

of the Court.

                                                    AT THE DIRECTION OF THE COURT

Dated: July 9, 2007                        P.L. BRUNE

                                                    Clerk

                                                      s/ RENEA KANIES
                                                      By: Renea Kanies, Courtroom Deputy